E-filing

1 VINCENT ROSENBALM    FILED 3/12/08

2 2100 NAPA VALLEJO HIGHWAY    RECEIVED

3 NAPA, CALIFORNIA 94558    MAR 14 2008

4 UNITED STATES DISTRICT COURT    RICHARD W. WIEKING

5 NORTHERN DISTRICT OF CALIFORNIA    CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

6 UNITED STATES OF AMERICA

7     V    ) CRIMINAL COMPLAINT

8 HARLAND STONECIPHER

9 PRE-PAID LEGAL    CV 08

10 ( PRE-PAID WAY    1474

11 ADA, OKLAHOMA 74820 ) DEMAND FOR JURY TRIAL    (PR)

12 1) I THE UNDERSIGNED COMPLAINANT STATE THAT

13 THE FOLLOWING IS TRUE AND CORRECT TO THE

14 BEST OF MY KNOWLEDGE AND BELIEF. ON OR ABOUT

15 April 12, 2007 IN NAPA COUNTY IN THE

16 NORTHERN DISTRICT OF CALIFORNIA DEFENDANT(S)

17 DID VIOLATE MY PRE-PAID LEGAL CONTRACT BY

18 BREACHING THE CONTRACT. THIS VIOLATED

19 THE 14th AMENDMENT RIGHTS TO DUE

20 PROCESS. I ASK THE COURT FOR A SUMMARY

21 JUDGMENT OF $100,000.00 FOR DAMAGES.

22     VINCENT ROSENBALM

23     Vincent Rosenbalm

24     3/12/08

25 I FURTHER STATE I AM VINCENT ROSENBALM

26 A PROFESSIONAL GOLFER AND THIS COMPLAINT

27 PLAINT IS BASED ON HIS CONDUCT BY

28 PRE-PAID LEGAL.