AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

PEOPLE OF THE UNITED STATES E-filing
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

HARLAND STONECIPHER
PRE-PAID Legal
Defendant

CASE NUMBER: CV 08 1474 SI (PR)

I, __VINCENT ROSENBAUM__, declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __NAPA State Hospital__

    Are you employed at the institution? __Yes__ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    [✓] Yes    [ ] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __Approximately $20 week__

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    [✓] Yes    [ ] No
    b. Rent payments, interest or dividends    [ ] Yes    [✓] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [✓] No
    d. Disability or workers compensation payments    [ ] Yes    [✓] No
    e. Gifts or inheritances    [ ] Yes    [✓] No
    f. Any other sources    [✓] Yes    [ ] No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

welfare 12.50 month Hospital
AUTHOR HOUSE PUBLISHERS
3.25 sale of Book

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   0.66 cents

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   (2) cars approx $10,000   1992-1993 Subarus
   Personal Property Approx $10-15,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Joseph DAVID ROSENBALM (17)
   NO support AT PRESENT Due to illegal incarceration

   ALL FINANCIAL ESTIMATES

I declare under penalty of perjury that the above information is true and correct.

3/12/08                     Vincent Rosenbalm
_____              _____
   Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
 1
 2                                              Case Number: _____
 3                                                   )
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                IN
10                         PRISONER'S ACCOUNT
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of  Vincent Rosenhalm   for the last six months
                                          [prisoner name]
14   Napa State Hospital   where (s)he is confined.
       [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $  19.30   and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $  0.00  .
18
19  Dated: 2/27/08                          Laura Harris
                                         [Authorized officer of the institution]
20
21
...
28
```

-5-

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

2/27/2008
4:13:26PM

NAPA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

2069375  ROSENBALM, VINCENT

|  | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 08/27/2007 | 13-153936 | Cash Disbursement | cl v158 | $12.50 |  | $5.00 |
| 2 | 09/24/2007 | 18-075238 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $17.50 |
| 3 | 09/24/2007 | 13-154124 | Cash Disbursement | cl v234 | $12.50 |  | $5.00 |
| 4 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 |  | $0.00 |
| 5 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 6 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 |  | $0.00 |
| 7 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 8 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 |  | $0.00 |
| 9 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 |  | $3.25 | $3.25 |
| 10 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER |  | $50.00 | $53.25 |
| 11 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 |  | $20.00 |
| 12 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 |  | $10.00 |
| 13 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 |  | $0.00 |
| 14 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 15 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 |  | $0.00 |
| 16 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 17 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 |  | $0.00 |

TOTAL WITHDRAWLS / DEPOSITS:                                          $133.25     $115.75

AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

_People of the United States_
Plaintiff

v.

_Harland Stonecipher_
_Pre-Paid Legal_
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

    ☐ The clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this _____ day of _____, _____.

Signature of Judicial Officer

Name and Title of Judicial Officer