PROOF OF MAIL DELIVERY 3/12/08

E-filing

I am Vincent Rosenbalm an american citizen over 18 years of age.

CV 08    1474    SI (PR)

ON 3/12/08 I served the within
1) CRIMINAL COMPLAINT (3 copies)
2) FINANCIAL ATTACHMENT

By placing a sealed envelope in the Napa State Hospital mail Addressed

1) COURT CLERK: RICHARD WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

FROM
Vincent Rosenbalm
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

Under the penalty of perjury the above is true and correct to the best of my knowledge.

Vincent Rosenbalm

Vincent Kirenbalm
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

LEGAL MAIL

Court Clerk: RICHARD WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004219468
MAILED FROM ZIPCODE 94558
MAR 13 2008
$00.58⁰