FILED
08 MAR 24 PM 1:05
[stamp, partially illegible]

E-filing ✓

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES of America )
       Plaintiff,             )   CASE NO. _____ 1474
                              )
vs.                           )   **PRISONER'S**
                              )   **APPLICATION TO PROCEED**
HARLAND Stonecipher           )   **IN FORMA PAUPERIS**
PRE-PAID Legal                )
       Defendant.             )                    **SI**
                              )
                                                   **(PR)**

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: Approx $80-90 MONTH

Gross: Approx $20 week   Net: Approx $20 week

Employer: NAPA STATE Hospital
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

ALL FINANCIALS ESTIMATES

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                        Yes ✓  No ___
10           self employment
11      b.   Income from stocks, bonds,                     Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                                 Yes ___  No ✓
14      d.   Pensions, annuities, or                        Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,             Yes ✓  No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _12.⁵⁰ welfare Hospital_____
22  _AUTHOR HOUSE PUBLISHING  3.²⁵ COPY OF BOOK_____
23  3.    Are you married?                                  Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

     b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_JDR (17)_

_NONe At Present due To illegal incarceration_

5.    Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile? (2)    Yes ✓ No ___

Make _SUBARU_ Year _92-93_ Model _Legacy_

Is it financed? Yes ___ No ✓ If so, Total due: $_____

Monthly Payment: $ _0_

7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _0_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ___

_Personal property Approx $15,000_

8.    What are your monthly expenses?

Rent: $ _0_    Utilities: _0_

Food: $ _0_    Clothing: _0_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _0_ | $ _0_ | $ _0_ |
| _0_ | $ _0_ | $ _0_ |
| _0_ | $ _0_ | $ _0_ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

*ALL Estimates*

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

CREDIT CARDS    Approx $5-10,000

STUDENT LOANS    Approx $5-10,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NOT SURE?

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/19/08                     Vincent Rosenbalm
DATE                        SIGNATURE OF APPLICANT

1
2                                                    Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                            **IN**
10                                  **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
           [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____              _____
20                                         [Authorized officer of the institution]
21
22
23
24
25
26
27
28

PROOF OF MAIL SERVICE    3/19/08

I am Vincent Rosenbalm an American citizen over 18 years of age.

ON 3/19/08 I served the within
1) FORMA PAUPeris Application
2) Attachment

By placing a sealed envelope in the Napa State Hospital Mail

Addressed
    US DISTRICT COURT
    450 GOLDEN GATE AVe
    PO BOX 36060
    SAN FRANCISCO, CA 94102

From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway
    Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

                    Vincent Rosenbalm
                    3/19/08

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number __08 1474 SI (PR)__

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. _✓_ the In Forma Pauperis Application you submitted is insufficient because:

   _✓_ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _✓_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk
ROSENBACH

rev. 10/25/07

Vincent Rosendahn
2100 Napa Vallejo Highway
Napa, CA 94558

OAKLAND CA 946
20 MAR 2008 PM 3 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680