VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY UNIT 5/6
NAPA, CA 94558
707 252-9949

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM | NO. C08-279 SI (pr) |
| Plaintiff | NO. C08-751 SI (pr) |
| | NO. C08-952 SI (pr) |
| | NO. C08-1360 SI (pr) |
| | NO. C08-1474 SI (pr) |
| | NO. C08-1503 SI (pr) |
| | NO. C08-1509 SI (pr) |
| | NO. C08-1603 SI (pr) |

ORDER TO SHOW CAUSE

THE FIRST REASON IS 1) ROSENBALM V KLEIN 2) ROSENBALM V LUNGREN 3) ROSENBALM V LUNGREN INVOLVE A CASE IN WHICH I WAS NEARLY BEATEN TO DEATH BY ABOUT 10 POLICE OFFICERS AND IT TOOK MANY YEARS TO RECOVER. ALL THE CASES FILED THIS YEAR ARE PART OF A CASE IN WHICH I WAS ALMOST BEATEN TO DEATH BY 10 PEOPLE. THESE INCIDENTS INVOLVE ATTEMPTED MURDER AND I AM UNDER IMMINENT DANGER OF SERIOUS

CONTINUED ON PAGE 2

physical injury. BESIDES ATTEMPTS TO KILL ME, I MAY NEED SURGERY ON MY RIGHT SHOULDER AND MY PROFESSIONAL SPORTS CAREER IS IN DANGER.

IF YOU DON'T THINK ATTACKS TO KILL ME OR ATTEMPTED MURDER IS NOT ENOUGH, YOU MIGHT RECONSIDER WHEN THE SWORD OF GOD STRIKES.

YOU CAN DISCRIMINATE AGAINST ME BECAUSE I'M A JEW, BUT YOU CAN'T HIDE FROM GOD ALMIGHTY WHEN HE STRIKES THIS CORRUPTION.

YOU CANNOT HIDE FROM THE FACTS YOUR JUDICIAL POLICE AND OTHERS ATTEMPTED TO KILL ME THE LAST ATTEMPT BEING MAY 3, 2007. IF THIS PATTERN CONTINUES BEWARE OF THE SWORD!!!

UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

VINCENT ROSENBAUM

*Vincent Rosenbaum*

4/19/08

I will turn in more evidence for this order soon, before May 2 2008!