1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

                Plaintiff.

_____/

No. C 08-279 SI (pr)
No. C 08-751 SI (pr)
No. C 08-952 SI (pr)
No. C 08-1360 SI (pr)
No. C 08-1474 SI (pr)
No. C 08-1503 SI (pr)
No. C 08-1504 SI (pr)
No. C 08-1603 SI (pr)

**JUDGMENT**

        Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

        IT IS SO ORDERED AND ADJUDGED.

Dated: May 8, 2008

                        _____
                        SUSAN ILLSTON
                        United States District Judge